VITO LEMONGELLI, APPELLANT, v. THE CARLSON COMPANY, RESPONDENT.

Submitted October 26, 1945—Decided January 3, 1946.

For the appellant, *Cohen & Klein.*

For the respondent, *Kalisch & Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PERSKIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 12.

*For reversal*—None.